# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:05CR246-03 |
| CRYSTAL ELIZABETH HAMPTON ) | USM No: 18934-058 |
| Date of Previous Judgment: 04/26/2006 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __36 mos & 1 day__ months **is reduced to** __time served plus 10 days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The original sentence was given outside the advisory guideline system, ie: a variance. No factors have changed since the original sentencing.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __04/26/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Signed: April 30, 2008

Order Date: __April 30, 2008__

Effective Date: _____
(if different from order

Lacy H. Thornburg
United States District Judge